PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 19, 2020**

SEAN F. McAVOY, CLERK

U.S.A. vs.    Morris, Jessica Leann    Docket No.    2:20CR00024-SAB-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jessica Leann Morris, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the court at Spokane, Washington, on the 4th day of June 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jessica Leann Morris is alleged to have admitted to ingesting heroin and methamphetamine on June 13, 2020.

On June 11, 2020, the conditions of pretrial release supervision were reviewed with Ms. Morris.  Ms. Morris acknowledged an understanding of the conditions, which included standard condition number 9.

On June 15, 2020, Ms. Morris reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of methamphetamine and morphine. Ms. Morris signed a substance abuse admission form admitting to the use of these substances on June 13, 2020.

On June 16, 2020, the undersigned officer confronted Ms. Morris about the above-noted presumptive positive drug test.  Ms. Morris admitted she ingested methamphetamine and heroin on June 13, 2020.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    June 19, 2020

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8

**Re: Morris, Jessica Leann**
**June 19, 2020**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[X ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]      Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

_____June 19, 2020_____
Date